**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974
AFFILIATED WITH INTERNATIONAL UNION
OF ALLIED PAINTERS AND ALLIED TRADES
AFL-CIO and TRUSTEES OF THE DRYWALL
TAPERS AND POINTERS LOCAL UNION No.
1974 BENEFIT FUNDS,

                Petitioners,                20 **CIVIL** 10099 (GBD)

        -against-                **JUDGMENT**

TIGER CONTRACTING CORP, a/k/a TIGER
CONTRACTING CORP.,
                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 29, 2021, Petitioner's unopposed motion for summary judgment seeking to confirm in arbitration award is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       April 30, 2021

                              **RUBY J. KRAJICK**
                              _____
                              **Clerk of Court**
       **BY:**   *K. Mango*
                              _____
                              **Deputy Clerk**